Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Defendant

EDWIN FORREST LUDWIG, III

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Edwin F. Ludwig, III<br><br>    Defendant. | No. 2:14-cr-43-KJM<br><br>**MOTION FOR USMS TO PAY FOR DEFENDANT'S TRANSPORTATION FROM TULSA, OKLAHOMA TO SACRAMENTO, CALIFORNIA, ONE NIGHT LODGING AND RETURN TRANSPORTATION FROM SACRAMENTO, CALIFORNIA TO TULSA, OKLAHOMA AND [~~PROPOSED~~] ORDER** |
|---|---|

      Mr. Ludwig, III, is a resident of Okmulgee, Oklahoma. He is scheduled for both a status conference and a status of counsel court appearance on April 29, 2015. I would also like to take this opportunity to meet with my client to discuss the case in person. He is indigent and without sufficient financial resources to travel to court and return to Okmulgee on his own. I have learned from other lawyers in this district that in situations like this, the U.S. Marshals Service is able to pay for transportation for defendants if they have a Court order directing them to do so. Therefore, Mr. Ludwig, III, requests the court to issue an order directing the U.S. Marshals Service to pay for the defendant's transportation from Tulsa, Oklahoma (the closest airport to Okmulgee, Oklahoma), one night lodging in Sacramento, and the return transportation from Sacramento, California to Tulsa, Oklahoma because he is indigent and unable to pay for the costs of transportation and lodging on his own.

//////

Dated: April 6, 2015

/s/ Dustin D. Johnson
Dustin D. Johnson
Attorney for the Defendant
EDWIN F. LUDWIG, III

The United States Marshal is directed to provide round-trip transportation from Tulsa, Oklahoma to Sacramento, California on April 28-29, 2015, for defendant's appearance at the above-described proceedings, and subsistence not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. § 5702(a).  This request is authorized pursuant to 18 U.S.C. § 4285.

Dated:  April 7, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE