UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-00043-GEB-7 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| EDWIN FORREST LUDWIG III, | |
| Defendant. | |

It has come to the undersigned judge's attention that Defendant Edwin Forrest Ludwig III's March 23, 2015, pro se filing, (ECF No. 117), which is currently under seal, should be filed on the public docket. Therefore, it is hereby ordered unsealed.

Dated: January 25, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge