William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DONALD HARNED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUDWIG et. al.,<br><br>    Defendants. | No.  2:14-CR-00043-GEB<br><br>**STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE**<br><br>Date: July 29, 2016<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

The defendants Donald Loyde Harned, Joseph Robert Sharp and Edwin Forrest Ludwig, III, by and through their undersigned counsel, and the United States, by and through its undersigned counsel, hereby agree and request the status conference currently set for Friday, July 29, 2016 at 9:00 am be vacated and continued to Friday, September 2, 2016 at 9:00 am.

This continuance is necessary as the parties are at various stages in plea negotiations and require additional time to review discovery, investigate the facts of this case, and hold discussions with the government and their respective clients in furtherance of resolution.  Counsel for the government is working to produce and revise plea offers; counsel for Mr. Sharpe is in

1  the process of obtaining documents relating to a medical
2  diagnosis, and also looking into an appeal now pending in state
3  court, both of which are likely to affect resolution; counsel for
4  Harned is reviewing a proposed plea offer and needs further time
5  to investigate and to meet with his client who is on pretrial
6  release in Oklahoma City; and counsel for Ludwig III has received
7  a proposed plea agreement and needs additional time to review and
8  discuss it with his client.
9      The parties stipulate that the Court shall find and order:
10 (1) the failure to grant a continuance in this case would deny
11 defense counsel reasonable time necessary for effective
12 preparation, taking into account the exercise of due diligence;
13 (2) the ends of justice to be served by granting the requested
14 continuance outweigh the best interests of the public and the
15 defendants in a speedy trial; and (3) time beginning from the
16 parties' stipulation on July 22, 2016, up to and including the
17 March 18, 2016, status conference shall be excluded from the
18 computation of time within which the trial of this matter must be
19 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
20 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
21 counsel reasonable time to prepare.
22     I, William E. Bonham, the filing party, have received
23 authorization from AUSA Amy Hitchcock and remaining defense
24 counsel to sign and submit this stipulation and proposed order on
25 their behalf.
26
27
28

```
Dated: July 22, 2016                PILLIP A. TALBERT
                                    Acting United States Attorney

                                    /s/ Amy Hitchcock
                                    AMY HITCHCOCK
                                    Assistant U.S. Attorney


Dated: July 22, 2016                /s/ William Bonham
                                    WILLIAM BONHAM
                                    Counsel for defendant
                                    Donald Harned


Dated: July 22, 2016                HEATHER WILLIAMS
                                    Federal Defender

                                    /s/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
                                    Assistant Federal Defender
                                    Counsel for defendant
                                    Joseph Robert Sharp

Dated: July 22, 2016                /s/ Dustin D. Johnson
                                    DUSTIN D. JOHNSON
                                    Counsel for defendant
                                    Edwin Forrest Ludwig, III
```

**ORDER**

IT IS ORDERED that the status conference currently set for Friday, July 29, 2016 at 9:00 am is vacated and continued to Friday, September 2, 2016 at 9:00 a.m.  Based on the stipulation of the parties, I find that the failure to grant such a continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, July 22, 2016, up to and including the date of the new status conference, September 2, 2016, pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7)(A) and (B)(iv) and Local Code T-4.

Dated:  July 25, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge