HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSEPH ROBERT SHARPE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-043 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JOSEPH ROBERT SHARPE, et al., | ) | Date: January 6, 2017 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through James Conolly, Assistant United States Attorney, attorney for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D.

Galloway, attorney for Joseph Sharpe, and attorneys, William Bonham, counsel for Donald

Loyde Harned; and Dustin Johnson, counsel for Edwin Forrest Ludwig, III, that the status

conference scheduled for January 6, 2017, at 9:00 a.m., be vacated and the matter continued to

February 10, 2017, at 9:00 a.m., for further status conference.

This continuance is necessary because the parties are working to resolve the case.

Additional time is needed for investigation and discussion in furtherance of resolution.  Based on

this understanding, counsel for the government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including February 10, 2017;  pursuant to 18 U.S.C.

1    §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

2    based upon continuity of counsel and defense preparation.

3           Counsel and the defendants also agree that the ends of justice served by the Court

4    granting this continuance outweigh the best interests of the public and the defendants in a speedy

5    trial.

6    DATED: January 3, 2017

                                           Respectfully submitted,
7

8                                          HEATHER E. WILLIAMS
                                           Federal Defender
9
                                           */s/ Benjamin D. Galloway*
10                                         BENJAMIN D. GALLOWAY
                                           Assistant Federal Defender
11                                         Attorney for JOSEPH ROBERT SHARPE

12                                         */s/ William Bonham*
                                           WILLIAM BONHAM
13                                         Attorney for Donald Loyde Harned

14
                                           */s/ Dustin Johnson*
15                                         DUSTIN JOHNSON
                                           Attorney for Edwin Forrest Ludwig III
16

17   DATED: January 3, 2017               PHILLIP A. TALBERT
                                           United States Attorney
18
                                           */s/ James Conolly*
19                                         JAMES CONOLLY
                                           Assistant U.S. Attorney
20                                         Attorney for Plaintiff

21

22

23

24

25

26

27

28

1

**O R D E R**

2          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4   its order. The Court specifically finds the failure to grant a continuance in this case would deny

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of

6   due diligence.   The Court finds the ends of justice are served by granting the requested

7   continuance and outweigh the best interests of the public and defendants in a speedy trial.

8          The Court orders the time from the date the parties stipulated, up to and including

9   February 10, 2017, shall be excluded from computation of time within which the trial of this case

10  must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11  and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It

12  is further ordered the January 6, 2017 status conference shall be continued until February 10,

13  2017, at 9:00 a.m.

14  Dated:  January 4, 2017

15

16                                              _____

17                                              GARLAND E. BURRELL, JR.
                                                Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28