William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DONALD HARNED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:14-CR-00043- KJM-GEB |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| LUDWIG et. al., | Date: February 10, 2017 Time: 9:00 a.m. |
| Defendants. | Judge: Hon. Garland E. Burrell |

The defendants Donald Loyde Harned, Joseph Robert Sharpe and Edwin Forrest Ludwig, III, by and through their undersigned counsel, and the United States, by and through its undersigned counsel, hereby agree and request the status conference currently set for Friday, February 10, 2017 at 9:00 am be vacated and continued to Friday, February 24, 2017 at 9:00 am.

This continuance is necessary to allow the defendants and their counsel additional time to review and discuss proposed plea agreements, further review discovery, investigate the facts of the case, analyze relevant law and application of the Sentencing Guidelines, and otherwise hold discussions regarding the case, in ways that are necessary whether the defendants plead guilty or

1

1 | proceed to trial.
2 | Based on this understanding, counsel for the government does
3 | not object to this continuance.
4 | The parties stipulate that the Court shall find and order:
5 | (1) the failure to grant a continuance in this case would deny
6 | defense counsel reasonable time necessary for effective
7 | preparation, taking into account the exercise of due diligence;
8 | (2) the ends of justice to be served by granting the requested
9 | continuance outweigh the best interests of the public and the
10 | defendants in a speedy trial; and (3) time beginning from the
11 | parties' stipulation on February 7, 2017, up to and including the
12 | February 24, 2017, status conference shall be excluded from the
13 | computation of time within which the trial of this matter must be
14 | commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
15 | 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
16 | counsel reasonable time to prepare.

17 | Dated: February 7, 2017         PHILLIP A. TALBERT
                                    United States Attorney
18 |
                                    /s/ Amy Hitchcock
19 |                                 AMY HITCHCOCK
20 |                                 Assistant U.S. Attorney

21 | Dated: February 7, 2017         /s/ William Bonham
                                    WILLIAM BONHAM
22 |                                 Counsel for defendant
                                    Donald Harned
23 |
24 | Dated: February 7, 2017         HEATHER WILLIAMS
                                    Federal Defender
25 |
                                    By:/s/ Benjamin Galloway
26 |                                 BENJAMIN GALLOWAY
                                    Assistant Federal Defender
27 |                                 Counsel for defendant
                                    Joseph Robert Sharpe
28 |

Dated: February 7, 2017     By:/s/ Dustin D. Johnson
                            DUSTIN D. JOHNSON
                            Counsel for defendant
                            Edwin Forrest Ludwig, III

**ORDER**

IT IS ORDERED that the status conference currently set for Friday, February 10, 2017 at 9:00 am is vacated and continued to Friday, February 24, 2017 at 9:00 a.m.  Based on the stipulation of the parties, I find that the failure to grant such a continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, February 7, 2017, up to and including the date of the new status conference, February 24, 2017, pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7)(A) and (B)(iv) and Local Code T-4.

Dated:  February 8, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge