```
Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889


Attorney for Edwin F. Ludwig, III
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>Ludwig et al.,<br><br>    Defendants. | No.  14-43 GEB<br><br>**APPLICATION FOR TRANSPORTATION ORDER; [PROPSED] ORDER FOR TRANSPORTATION**<br><br>**18 U.S.C. § 4285**<br><br>**Judge: Hon. Garland E. Burrell**<br>**Time: 9:00 a.m.**<br>Date: March 24, 2017 |
|---|---|

**Procedural History**

In an Indictment filed February 20, 2014, defendant, Edwin Forrest Ludwig, III, was charged with conspiracy to defraud the United States With False, Fictitious or Fraudulent Claims in violation of 18 U.S.C. § 286 (Count 1). Mr. Ludwig, III, was arrested and initially appeared in the Northern District of Oklahoma on February 26, 2014 pursuant to Federal Rule of Criminal Procedure 5(c)(3). At that hearing, Mr. Ludwig, III was ordered released on a $5,000.00 unsecured bond and conditions of release, and to report for further proceedings in the Eastern

1

1  District of California, Sacramento for further proceedings.
2    Mr. Ludwig, III made an initial appearance in Sacramento on
3  March 17, 2014, where he entered a not guilty plea to the pending
4  charges and the Court ordered his continued release on the
5  conditions of release imposed by the Northern District of
6  Oklahoma.
7    Mr. Ludwig, III has a waiver of personal appearance on file
8  and has continued to reside in Okmulgee, Oklahoma throughout the
9  duration of his pre-trial release. A change of plea hearing is
10 set for March 24, 2017, at which Mr. Ludwig, III's presence is
11 required.

**Application**

13   Application is hereby made for an Order for Transportation
14 and subsistence allowance for defendant Edwin Forrest Ludwig, III
15 to travel to California to attend the change of plea hearing and
16 to return to Oklahoma at the conclusion of the proceedings as
17 allowed under 18 U.S.C. § 4285.
18   Mr. Ludwig, III has advised counsel that he is without
19 sufficient funds to travel to and from Sacramento, California for
20 the change of plea hearing. Therefore, counsel is requesting that
21 Mr. Ludwig, III be allowed to fly in to Sacramento on March 23,
22 2017 to meet with counsel and discuss his change of plea before
23 his scheduled appearance the following morning and to return to
24 Oklahoma March 24, 2017 following the hearing, and any meeting
25 with probation or as soon thereafter as possible.

26 DATED: March 8, 2017          /S/ Dustin D. Johnson
27                               DUSTIN D. JOHNSON
                                 Counsel for defendant
                                 Edwin Forrest Ludwig, III
28

**ORDER**

**To: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish defendant Edwin Forrest Ludwig, III with transportation and subsistence (including one night lodging in Sacramento) from the Okmulgee, Oklahoma area to Sacramento, California on March 23, 2017 and from Sacramento, California to Oklahoma on March 24, 2017.

Mr. Ludwig, III is indigent and financially unable to pay his travel expenses to and from Sacramento, California. This request is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated:  March 9, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge

**ORDER**

**To: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish defendant Edwin Forrest Ludwig, III with transportation and subsistence (including one night lodging in Sacramento) from the Okmulgee, Oklahoma area to Sacramento, California on March 23, 2017 and from Sacramento, California to Oklahoma on March 24, 2017.

Mr. Ludwig, III is indigent and financially unable to pay his travel expenses to and from Sacramento, California. This request is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated:  March 9, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge