Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Edwin F. Ludwig, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>Ludwig et al.,<br><br>            Defendants. | No.  14-43 GEB<br><br>**APPLICATION FOR TRANSPORTATION ORDER; [PROPSED] ORDER FOR TRANSPORTATION**<br><br>**18 U.S.C. § 4285**<br><br>**Judge: Hon. Garland E. Burrell**<br>**Time: 9:00 a.m.**<br>Date: March 24, 2017 |

**Procedural History**

In an Indictment filed February 20, 2014, defendant, Edwin Forrest Ludwig, III, was charged with conspiracy to defraud the United States With False, Fictitious or Fraudulent Claims in violation of 18 U.S.C. § 286 (Count 1). Mr. Ludwig, III, was arrested and initially appeared in the Northern District of Oklahoma on February 26, 2014 pursuant to Federal Rule of Criminal Procedure 5(c)(3). At that hearing, Mr. Ludwig, III was ordered released on a $5,000.00 unsecured bond and conditions of release, and to report for further proceedings in the Eastern

1

District of California, Sacramento for further proceedings.

Mr. Ludwig, III made an initial appearance in Sacramento on March 17, 2014, where he entered a not guilty plea to the pending charges and the Court ordered his continued release on the conditions of release imposed by the Northern District of Oklahoma.

Mr. Ludwig, III has a waiver of personal appearance on file and has continued to reside in Okmulgee, Oklahoma throughout the duration of his pre-trial release. A change of plea hearing is set for March 24, 2017, at which Mr. Ludwig, III's presence is required.

**Application**

Application is hereby made for an Order for Transportation and subsistence allowance for defendant Edwin Forrest Ludwig, III to travel to California to attend the change of plea hearing and to return to Oklahoma at the conclusion of the proceedings as allowed under 18 U.S.C. § 4285.

Mr. Ludwig, III has advised counsel that he is without sufficient funds to travel to and from Sacramento, California for the change of plea hearing. Therefore, counsel is requesting that Mr. Ludwig, III be allowed to fly in to Sacramento on March 23, 2017 to meet with counsel and discuss his change of plea before his scheduled appearance the following morning and to return to Oklahoma March 24, 2017 following the hearing, and any meeting with probation or as soon thereafter as possible.

DATED: March 8, 2017          /S/ Dustin D. Johnson
                              DUSTIN D. JOHNSON
                              Counsel for defendant
                              Edwin Forrest Ludwig, III

**ORDER**

**To: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish defendant Edwin Forrest Ludwig, III with transportation and subsistence (including one night lodging in Sacramento) from the Okmulgee, Oklahoma area to Sacramento, California on March 23, 2017 and from Sacramento, California to Oklahoma on March 24, 2017.

Mr. Ludwig, III is indigent and financially unable to pay his travel expenses to and from Sacramento, California. This request is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated:  March 9, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge