1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for EDWIN FORREST LUDWIG, III

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 United States of America,          No.  2:14-cr-43 GEB

12            Plaintiff,              **STIPULATION AND [PROPOSED] ORDER TO**
                                      **CONTINUE JUDGMENT AND SENTENCING AND**
13       v.                          **MODIFY THE DISCLOSURE AND BRIEFING**
                                      **SCHEDULE**
14 Edwin Forrest Ludwig, III
                                      Judge:  Hon. Garland E. Burrell, Jr.
15            Defendant.             Time:   9:00 a.m.
                                      Date:   July 14, 2017
16

17      IT IS HEREBY STIPULATED by and between the parties hereto

18 through their respective counsel, AMY HITCHCOCK, Assistant United

19 States Attorney, and DUSTIN D. JOHNSON, Counsel for EDWIN FORREST

20 LUDWIG, III, and WILLIAM BONHAM, Counsel for DONALD LOYDE HARNED,

21 that the Judgment and Sentencing hearing date of June 30, 2017 be

22 vacated, the matter be set for Judgment and Sentencing on July

23 14, 2017 at 9:00 a.m. The reason for this continuance is to allow

24 defense counsel additional time to review the proposed Pre-

25 Sentence reports and the final Pre-Sentence report with their

26 clients. Mr. Ludwig, III, and Mr. Harned each live out of state

27 which makes providing them with a copy of the PSR and reviewing

28 it with them more difficult than in most cases.

                                    1

1    The probation officer has provided the following briefing

2 schedule based on the new Judgment and Sentencing Date of July

3 14, 2017:

4 •    Reply, or Statement of Non-Opposition: **July 7, 2017**

5 •    Motion for Correction of the Pre-Sentence Report shall be

6      filed with the Court and served on the Probation Officer and

7      opposing counsel no later than: **June 30, 2017**

8 •    The Pre-Sentence Report shall be filed with the Court and

9      disclosed to counsel no later than: **June 16, 2017**

10 •    Counsel's written objections to the Pre-Sentence Report

11     shall be delivered to the Probation Officer and opposing

12     counsel no later than: **June 9, 2017**

13 •    The Proposed Pre-Sentence Report Shall be Disclosed to

14     Counsel no Later Than: **May 19, 2017**

15    The prosecutor has authorized defense counsel to sign this

16 stipulation on her behalf.

17    The probation officer has no objection to this briefing

18 schedule.

19

20 Dated: March 31, 2017          Respectfully Submitted,

21                               /s/ Dustin Johnson
                                 DUSTIN D. JOHNSON
22                               Attorney for Defendant
                                 EDWIN FORREST LUDWIG, III
23

24 Dated: March 31, 2017          Respectfully Submitted,

25                               /s/ William Bonham (via email)
                                 WILLIAM BONHAM
26                               Attorney for Defendant
                                 DONALD LOYDE HARNED
27

28

1   Dated: March 31, 2017          PHILLIP TALBERT
                                   United States Attorney
2

3                                  /s/ Amy Hitchcock (via email)
                                   AMY HITCHCOCK
4                                  Assistant U.S. Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for EDWIN FORREST LUDWIG, III

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11 United States of America,        No.  2:14-cr-43 GEB

12              Plaintiff,         **[PROPOSED] ORDER**

13        v.                        Judge:  Hon. Garland E. Burrell, Jr.
                                    Time:   9:00a.m.
14 Edwin Forrest Ludwig, III,       Date:   July 14, 2017

15              Defendant.

16

17      It is ordered that 1) the Judgment and Sentencing hearing

18 date of June 30, 2017 is vacated, 2) the matter be set for

19 Judgment and Sentencing on July 14, 2017 at 9:00 a.m, and 3) the

20 following disclosure and briefing schedule be adopted:

21 •    Reply, or Statement of Non-Opposition: **July 7, 2017**

22 •    Motion for Correction of the Pre-Sentence Report shall be

23      filed with the Court and served on the Probation Officer and

24      opposing counsel no later than: **June 30, 2017**

25 •    The Pre-Sentence Report shall be filed with the Court and

26      disclosed to counsel no later than: **June 16, 2017**

27 •    Counsel's written objections to the Pre-Sentence Report

28

                                4

1    shall be delivered to the Probation Officer and opposing

2    counsel no later than:  **June 9, 2017**

3  •  The Proposed Pre-Sentence Report Shall be Disclosed to

4    Counsel no Later Than: **May 19, 2017**

5

    Dated:  May 2, 2017

6

7

8    _____
     GARLAND E. BURRELL, JR.

9    Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28