| | |
|---|---|
| 1 | Dustin D. Johnson (SBN: 234008) |
| | The Law Offices of Dustin D. Johnson |
| 2 | 2701 Del Paso Road, Suite 130-155 |
| | Sacramento, CA  95835 |
| 3 | Phone: (877) 377-8070 |
| | Fax: (916) 244-9889 |
| 4 | |
| 5 | Attorney for EDWIN FORREST LUDWIG, III |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, | No. 2:14-cr-43 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING AND MODIFY THE DISCLOSURE AND BRIEFING SCHEDULE** |
| v. | |
| Edwin Forrest Ludwig, III | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | Time: 9:00 a.m. |
| | Date: September 1, 2017 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, AMY HITCHCOCK, Assistant United States Attorney, and DUSTIN D. JOHNSON, Counsel for EDWIN FORREST LUDWIG, III, that the Judgment and Sentencing hearing date of July 28, 2017 be vacated, the matter be set for Judgment and Sentencing on September 1, 2017 at 9:00 a.m. The reason for this continuance is to allow defense counsel additional time to review the proposed Pre-Sentence reports and the final Pre-Sentence report with their clients. Mr. Ludwig, III, lives out of state which makes providing him with a copy of the PSR and reviewing it with them more difficult than in most cases.

The probation officer has provided the following briefing

1

schedule based on the new Judgment and Sentencing Date of
September 1, 2017:
- Reply, or Statement of Non-Opposition: **August 25, 2017**
- Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: **August 18, 2017**
- The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: **July 28, 2017**
- Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: **July 14, 2017**

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

The probation officer has no objection to the new J&S date and briefing schedule.

Dated: June 28, 2017   Respectfully Submitted,

/s/ Dustin Johnson
DUSTIN D. JOHNSON
Attorney for Defendant
EDWIN FORREST LUDWIG, III

Dated: June 28, 2017   PHILLIP TALBERT
United States Attorney

/s/ Amy Hitchcock (via email)
AMY HITCHCOCK
Assistant U.S. Attorney

1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for EDWIN FORREST LUDWIG, III

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| United States of America, | No.   2:14-cr-43 GEB |
| Plaintiff, | **ORDER** |
| v. | Judge: Hon. Garland E. Burrell, Jr.<br>Time: 9:00a.m. |
| Edwin Forrest Ludwig, III, | Date: September 1, 2017 |
| Defendant. | |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that 1) the Judgment and Sentencing hearing date of July 28 be vacated, 2) the matter be set for Judgment and Sentencing on September 1, 2017 at 9:00 a.m, and 3) the following disclosure and briefing schedule be adopted:

- Reply, or Statement of Non-Opposition: **August 25, 2017**
- Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: **August 18, 2017**
- The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: **July 28, 2017**

3

- Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: **July 14, 2017**

Dated: June 29, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge