Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Edwin F. Ludwig, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>Edwin F. Ludwig, III,<br><br>        Defendant. | No. 2:14-CR-43 GEB<br><br>**[Proposed] ORDER**<br><br>**Judge: Hon. Garland E. Burrell**<br>**Time: 9:00 a.m.**<br>Date: September 1, 2017 |

**To: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish defendant Edwin Forrest Ludwig, III with transportation and subsistence from the Okmulgee, Oklahoma area to Sacramento, California on August 31, 2017 and from Sacramento, California to Oklahoma on September 1, 2017 or as soon thereafter as possible.

Mr. Ludwig, III is indigent and financially unable to pay his travel expenses to and from Sacramento, California. This request is authorized pursuant to 18 U.S.C. § 4285.

*///*

*///*

1

**IT IS SO ORDERED.**

Dated:   August 28, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge